# EXHIBIT "1"

*Klein Investigations and Consulting*
*A Division Of Klein Investments, Inc.*
*P.O. Box 1212*
*Nederland, Texas 77627*

**Invoice No.** 2016-01-055

# INVOICE

| **Customer** | |
|---|---|
| Name | Kallop Companies / through William Kallop and Family |
| Address | 13430 Northwest Freeway Suite 900 |
| City | Houston State Tx ZIP 77040 |
| Phone | |

| **Misc** | |
|---|---|
| Date | 1/11/2017 |
| Order No. | 16-055 (a) |
| Rep | KIC - NED |
| FOB | Ned Tx Office |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 2016 1st Half Retainer - Partial Paid | $ 160,000.00 | $ 160,000.00 |
| 1 | 2016 2nd Half Retainer - July 2016 - Not Paid | $ 160,000.00 | $ 160,000.00 |
| -1 | Payment - Wire Transfer April 2016 | $ 50,000.00 | $ (50,000.00) |
| -1 | Discount From Not Used Retainer | $ 7,232.73 | $ (7,232.73) |
| 1 | Late Fee Per Contract For Non - Payment Terms 10% | $ 26,276.73 | $ 26,276.73 |
| | Routing Instructions : 313177727 Account : 10100000102024<br>Klein Investments, Inc. | | |
| | | SubTotal | $ 289,044.00 |
| | | Shipping | |
| | Tax Rate(s) | | |
| | | **TOTAL** | $ 289,044.00 |

| **Payment** | Other |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

The Kallop Compaines

*Our Tax ID Number is 76-0439162*
*Do You Have Questions? Please Call 409-729-8798*
*All Invoices Are Due Upon Reciept*

*Thank You For Your Business!*