IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KLEIN INVESTIGATIONS AND CONSULTING, A DIVISION OF KLEIN INVESTMENTS, INC.<br><br>v.<br><br>KALLOP ENTERPRISES, LLC, OFFSHORE EXPRESS, INC., OFFSHORE SPECIALTY FABRICATORS, LLC (OSF), OFFSHORE INTERNATIONAL GROUP, OFFSHORE SHIPBUILDING, INC., AVID, LLC, FAIRWAYS, INC., FAIRWAYS EXPLORATION AND PRODUCTION, LLC, PISCO PORTON, LLC, and FS AIR SERVICE, INC. | CIVIL ACTION NO. 1:17-CV-23-RC |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The court assigned this case on February 10, 2017, to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters and case management. Doc. No. 4. Pending before the court is Judge Hawthorn's report (Doc. No. 5), recommending granting Plaintiff Klein Investigations and Consulting, a Division of Klein Investments, Inc.'s ("KIC") motion to dismiss without prejudice (Doc. No. 5), as well as denying the Defendants' motion to dismiss (Doc. No. 6) as moot. No objections have been filed and the time for so doing has passed. Accordingly, Judge Hawthorn's report and recommendation is **ADOPTED**. KIC's complaint is **DISMISSED** without prejudice to its right to reassertion, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs. The Clerk is directed to close this case.

**So ORDERED and SIGNED this 3rd day of May, 2017.**

Ron Clark, United States District Judge